# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

Elsa Marie Horner,            **Civil File No. 08-cv-2055**-KHV

    Plaintiff,

vs.

Kansas Counselors,

    Defendant.

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that pursuant to the Stipulation of Dismissal (Doc. #4) judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS SO ORDERED.**

BY THE COURT

Dated: March 14, 2008            s/ Kathryn H. Vratil
                                            Kathryn H. Vratil
                                            United States District Judge